UNPUBLISHED

FILED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

2011 MAY -3 A 8:55

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

No. 10-2206

FATEMEH NAJAFIAN,

    Debtor - Appellant,

    v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC,

    Creditor - Appellee,

KEVIN R. MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE,

    Trustees - Appellees.


No. 10-2322

FATEMEH NAJAFIAN,

    Debtor - Appellant,

    v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC,

    Creditor - Appellee,

KEVIN R. MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE,

    Trustees - Appellees.

No. 10-2360

FATEMEH NAJAFIAN,

        Debtor - Appellant,

   v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC,

        Creditor - Appellee,

KEVIN R. MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE,

        Trustees - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:10-cv-00664-GBL-IDD; 1:10-cv-00843-GBL-IDD)

Submitted: April 28, 2011                  Decided: May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fatemeh Najafian, Appellant Pro Se. Ronald James Guillot, Jr., SAMUEL I. WHITE, P.C., Virginia Beach, Virginia; Kevin R. McCarthy, MCCARTHY & WHITE, P.L.L.C., McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Fatemeh Najafian appeals the district court's orders: (1) denying her motions to renew the automatic stay and prevent foreclosure; (2) affirming the bankruptcy court's order granting Capital One N.A.'s motion for relief from the automatic stay; and (3) dismissing her motion to appeal an order of the bankruptcy court denying her motion to dismiss the Interim Trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Najafian v. Capital One N.A.</u>, Nos. 1:10-cv-00664-GBL-IDD; 1-10-cv-00843-GBL-IDD (E.D. Va. Oct. 25, 2010; filed Nov. 15, 2010 & entered Nov. 16, 2010; filed Nov. 22, 2010 & entered Nov. 23, 2010). We deny Najafian's motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

FILED
FILED: May 2, 2011
2011 MAY -3 A 8: 55
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

MAY -2 2011

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

No. 10-2206 (L)
(1:10-cv-00664-GBL-IDD)
(1:10-cv-00843-GBL-IDD)
(09-18112-SSM)

---

FATEMEH NAJAFIAN

Debtor - Appellant

v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC

Creditor - Appellee

KEVIN R MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE

Trustees - Appellees

---

No. 10-2322
(1:10-cv-00664-GBL-IDD)
(1:10-cv-00843-GBL-IDD)
(09-18112-SSM)

---

FATEMEH NAJAFIAN

Debtor - Appellant

v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC

Creditor - Appellee

KEVIN R MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE

Trustees - Appellees

---

No. 10-2360
(1:10-cv-00664-GBL-IDD)
(1:10-cv-00843-GBL-IDD)
(09-18112-SSM)

---

FATEMEH NAJAFIAN

Debtor - Appellant

v.

CAPITAL ONE N.A., Successor and Assign to Chevy Chase Bank FSB Loan Servicer c/o Samuel I. White PC

Creditor - Appellee

KEVIN R MCCARTHY, Trustee; OFFICE OF THE UNITED STATES TRUSTEE

Trustees - Appellees

# JUDGMENT

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK